**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

AJ RUIZ CONSULTORIA EMPRESARIAL S.A.,     :
solely as Judicial Administrator and foreign representative   :
of SCHAHIN HOLDING S/A, *et al.*,     :

    :

           Plaintiff,     :    Adv. Case No. 21-01213 (LGB)

    :

v.     :

BANCO BILBAO VIZCAYA ARGENTARIA, S.A.,     :
*et al.*,     :

    :

           Defendants.     :

---------------------------------------------------------------------x

AJ RUIZ CONSULTORIA EMPRESARIAL S.A.,     :
solely as Judicial Administrator and foreign representative   :
of SCHAHIN HOLDING S/A, *et al.*,     :

    :

           Plaintiff,     :

    :    Adv. Case No. 21-01216 (LGB)

v.     :

BANK OF CHINA LIMITED, *et al.*,     :

    :

           Defendants.     :

---------------------------------------------------------------------x

## <u>REPORT AND RECOMMENDATION</u>

On February 6, 2024, the Court filed a Memorandum Opinion addressing the Defendants'

Motions to Dismiss these adversary proceedings, attached hereto as Exhibit A.[1]  The Court submits

---

[1] For the avoidance of doubt, the parties are excused from submitting a proposed form of order as indicated in the conclusion of the Memorandum Opinion.

that the Memorandum Opinion is the Court's proposed findings of fact and conclusions of law (the "Report and Recommendation").  It is respectfully recommended that the United States District Court for the Southern District of New York adopt the Report and Recommendation in its entirety.

SO ORDERED.

Dated: February 15, 2024
        New York, New York

                            HONORABLE LISA G. BECKERMAN
                            UNITED STATES BANKRUPTCY JUDGE

**<u>EXHIBIT A</u>**