## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
AJ RUIZ CONSULTORIA EMPRESARIAL S.A.,
solely as Judicial Administrator and foreign
representative of SCHAHIN HOLDINGS S/A, et al.,

                          Plaintiffs,                    24 **CIVIL** 3466 (JGLC)

       -against-

BANCO BILBAO VIZCAYA ARGENTARIA,
S.A., et al.,

                          Defendants.
-------------------------------------------------------------------X
AJ RUIZ CONSULTORIA EMPRESARIAL S.A.,
solely as Judicial Administrator and foreign
representative of SCHAHIN HOLDINGS S/A, et al.,

                          Plaintiffs,                    24 **CIVIL** 3497 (JGLC)

       -against-                                          **JUDGMENT**

BANK OF CHINA LIMITED, et al.,

                          Defendants.
-------------------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2025, the R&R is ADOPTED solely with respect to the order and opinion regarding Article III standing. Defendants' motion to dismiss is GRANTED and the action is DISMISSED without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
            March 28, 2025

                                                           **TAMMI M. HELLWIG**

                                                            **Clerk of Court**
                                       **BY:**        *K. Mango*

                                                            **Deputy Clerk**