**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of SCHAHIN HOLDING S/A, *et al.*, |
| Plaintiff, |
| – against – |
| BANCO BILBAO VIZCAYA ARGENTARIA S.A., *et al.*, |
| Defendants. |

Case No. 1:24-cv-03466-JGLC

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff AJ Ruiz Consultoria Empresarial S.A., in the above-captioned action, appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the United States District Court for the Southern District of New York (Clarke, J.), with Judgment entered on March 28, 2025 (ECF No. 9), that granted Defendants' motion to dismiss and dismissed the action without prejudice.

Dated:  April 25, 2025

Respectfully submitted,

By:  /s/ *Andrew E. Goldsmith*
Andrew E. Goldsmith
Derek T. Ho
Andrew M. Hetherington
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
agoldsmith@kellogghansen.com
dho@kellogghansen.com
ahetherington@kellogghansen.com

*Counsel for Plaintiff*